**UNITED STATES COURT OF APPEALS**
**For the Fifth Circuit**

No. 96-41133
Summary Calendar

JOEY SCOTT,

Plaintiff,

versus

DELMAR OFFSHORE SERVICE, INC., Et al,

Defendants.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

DELMAR OPERATING, INC.

Third Party Plaintiff-Appellant,

versus

PRODUCERS ASSISTANCE CORPORATION,

Third Party Defendant - Appellee.

Appeal from the United States District Court
For the Southern District of Texas
(G-95-CV-283)

April 18, 1997

Before WISDOM, JOLLY, and BENAVIDES, Circuit Judges.

PER CURIAM:[*]

After <u>de</u> <u>novo</u> review, we hold that the district court properly determined that the Outer Continental Shelf Lands Act requires that Louisiana law be applied to the Master Servant Agreement.[1]  Under Louisiana Law, the district court properly determined that the Master Servant Agreement "pertains to a well" under the Louisiana Oilfield Anti-Indemnity Act (LOAIA), and that the LOAIA voids the indemnification clause in the agreement.[2]  Accordingly, the district court is AFFIRMED.

---

[*]  The court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.

[1]  *See* <u>Union Texas Petroleum Corp. V. PLT Engineering, Inc.</u>, 895 F.2d 1043 (5th Cir.), *cert. denied*,  498 U.S. 848 (1990).

[2]  *See*  <u>Transcontinental  Gas  Pipe  Line  Corp.  v.</u> <u>Transportation Ins. Co.</u>, 953 F.2d 985 (5th Cir. 1992).